# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JESSICA CASTRO,**

    **Plaintiff,**

v.                                                                               **Case No: 6:18-cv-409-Orl-28TBS**

**SOUTHERN TECHNICAL HOLDINGS,
LLC and SOUTHERN TECHNICAL
INSTITUTE, LLC,**

    **Defendants.**

___

## ORDER

This case is before the Court on Defendants' Motion to Compel Arbitration and to Stay Discovery and Rule 26 Requirements (Doc. 21). The assigned United States Magistrate Judge has submitted a report (Doc. 29) recommending that the motion be granted. Plaintiff has filed an objection to the report (Doc. 30) and Defendants have responded to that objection. (Doc. 31).

After a *de novo* review of the record in this matter, including consideration of the objection filed by Plaintiff (Doc. 30), the Court overrules Plaintiff's objection and agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Compel Arbitration and to Stay Discovery and Rule 26 Requirements (Doc. 21) is **GRANTED**.

3. This case is referred to arbitration, consistent with the written agreement between the parties. The parties shall commence arbitration forthwith.

4. Defendants shall file a report every 90 days from the date of this Order as to the status of the arbitration proceedings.

5. This case is stayed until further Order of the Court.

6. The Clerk of the Court is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida, on May 8, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties